IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

IN RE: WEDGE ASHLEY C

§ CASE NO. 21-17363
§
§ CHAPTER 13
§

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that the addresses for Caliber Home Loans, Inc. have changed. The information is set out below:

| Old Address for Notices: | New Address for Notices: |
|---|---|
| 13801 Wireless Way<br>Oklahoma City, OK 73134 | 75 Beattie Place, Suite 300<br>Greenville, SC 29601 |
| Old Address for Payments: | New Address for Payments: |
| PO Box 24330<br>Oklahoma City, OK 73124 | Attn: Cash Operations BK<br>PO Box 128<br>Greenville, SC 29602 |

Effective Date:  <u>Immediately</u>

Date: 9/1/2022

/s/ Abbey U. Dreher

Limited Agent for Caliber Home Loans, Inc.