*United States Bankruptcy Court*
*for the District of Maryland*
*Greenbelt Division*

In re:  Ashley Wedge                                        :         Case No. 21-17363
         Debtor                                              :         Chapter 13

### Motion To Dismiss Chapter 13 Case

Debtor, Ashley Wedge, by her undersigned attorney, moves to dismiss her above-captioned Chapter 13 case and states the following as reasons:

1. That Debtor is not able to pursue her Chapter 13 plan due to circumstances beyond her control.

2. That this case has not been converted under 11 U.S.C. 706, 1112, or 1208, and pursuant to 11 U.S.C. 1307 (b), debtor elects to dismiss her above-captioned Chapter 13 case.

WHEREFORE, Ashley Wedge requests that this court enter an order dismissing her Chapter 13 case.

DATE: August 17, 2025

                                                   */s/Marilyn Cain Gordon*
                                                   Marilyn Cain Gordon
                                                   7603 Georgia Avenue, NW
                                                   Suite 304
                                                   Washington, DC  20012
                                                   (202) 723-8600
                                                   Attorney for Debtor
                                                   MD Fed. Bar # 012456

**Certificate of Service**

      I hereby certify that on this 17th day of August, 2025, to the extent that the following person were not served electronically via the CM/ECF system, I caused a copy of the foregoing Motion to Dismiss to be mailed to be sent by first class US mail, postage prepaid to Timothy P. Branigan, Chapter 13 Trustee, 9891 Broken Lane Parkway, Suite 301, Columbia, MD 21046, the debtor, and any other parties of interest.

                                        */s/Marilyn Cain Gordon*
                                        Marilyn Cain Gordon