| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Ashley Wedge |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the : | District of Maryland (State) |
| Case number | 21-17363 |

Official Form 410S1

# Notice of Mortgage Payment Change  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** NewRez LLC d/b/a Shellpoint Mortgage Servicing

**Court claim no.** (if known): 7-2

**Last four digits** of any number you use to identify the debtor's account: XXXXXX7242

**Date of payment change:** Must be at least 21 days after date of this notice — 3/1/2024

**New total payment:** Principal, interest, and escrow, if any — $2,077.05

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $ 659.04    **New escrow payment:** $ 691.72

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?

   ☒ No
   ☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** ____ %    **New interest rate:** ____ %
   **Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
       *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

| Debtor 1 | **Ashley Wedge** | Case number *(if known)* 21-17363 |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X    /s/Dane Exnowski              Date  01/30/2024
     Signature

Print:   Dane                              Exnowski              Title   Authorized Agent for Creditor
         First Name    Middle Name         Last Name

Company   McCalla Raymer Leibert Pierce, LLC

Address   1544 Old Alabama Road
          Number    Street
          Roswell              GA          30076
          City                 State       ZIP Code

Contact phone   562-661-5060                                    Email   Dane.Exnowski@mccalla.com

---

Official Form 410S1          Notice of Mortgage Payment Change          page 2

In Re:  
    Ashley Wedge

Bankruptcy Case No.: 21-17363  
Chapter: 13  
Judge: Maria Ellena Chavez-Ruark

## CERTIFICATE OF SERVICE

I, Dane Exnowski, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Ashley Wedge  
11300 Narrow Trail Terrace  
Beltsville, MD 20705

Marilyn Cain Gordon      *(Served via ECF at m.cain.gordon@gmail.com)*  
7603 Georgia Ave. NW Ste. 304  
Washington, DC 20012

Timothy P. Branigan, Trustee      *(Served via ECF at cmecf@chapter13maryland.com)*  
9891 Broken Land Parkway  
Suite 301  
Columbia, MD 21046

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:     01/30/2024     By:     /s/Dane Exnowski  
                           (date)                  Dane Exnowski  
                                                      Authorized Agent for Creditor



Shellpoint Mortgage Servicing
Servicing
PO Box 10826
Greenville, SC  29603 0826
For Inquiries:  (800) 365-7107

ASHLEY C WEDGE
11300 NARROW TRL TER
BELTSVILLE MD  20705

Analysis Date: January 08, 2024
Loan:
Property Address:
11300 NARROW TRL TER
BELTSVILLE, MD  20705

## Annual Escrow Account Disclosure Statement - Account History

THIS NOTICE IS BEING PROVIDED PURSUANT TO THE REAL ESTATE SETTLEMENT PROCEDURES ACT AND REGULATION X TO THE EXTENT THE LOAN DESCRIBED BELOW IS INCLUDED IN AN ACTIVE BANKRUPTCY CASE OR IS SUBJECT TO A BANKRUPTCY DISCHARGE, THIS NOTICE IS BEING PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND IS NOT A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT THE DEBT FROM YOU PERSONALLY

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Mar 01, 2024 | Prior Esc Pmt | April 01, 2023 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $1,385.33 | $1,385.33 | P & I Pmt: | $1,385.33 | Due Date: | January 01, 2023 |
| Escrow Pmt: | $642.89 | $691.72 | Escrow Pmt: | $659.04 | Escrow Balance: | -$9,370.26 |
| Other Funds Pmt: | $0.00 | $0.00 | Other Funds Pmt: | $0.00 | Anticipated Pmts to Escrow: | $9,178.11 |
| Asst. Pmt (-): | $0.00 | $0.00 | Asst. Pmt (-): | $0.00 | Anticipated Pmts from Escrow (-): | $146.14 |
| Reserve Acct Pmt: | $0.00 | $0.00 | Resrv Acct Pmt: | $0.00 | | |
| Total Payment: | $2,028.22 | $2,077.05 | Total Payment | $2,044.37 | Anticipated Escrow Balance: | -$338.29 |

| Shortage/Overage Information | Effective Mar 01, 2024 |
|---|---|
| Upcoming Total Annual Bills | $7,719.04 |
| Required Cushion | $994.23 |
| Required Starting Balance | $1,988.49 |
| Escrow Shortage | -$2,326.78 |
| Surplus | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 994.23. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 1,286.51 or 1/6 of the anticipated payment from the account.

** Since you are in an active bankruptcy, your new payment shown above is the post-petition payment amount.

This is a statement of actual activity in your escrow account from Apr 2023 to Feb 2024.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 2,347.99 | (4,523.63) |
| Apr 2023 | 619.52 | | 1,325.00 | 1,436.00 * | Hazard | 1,642.51 | (5,959.63) |
| Apr 2023 | | 1,285.78 | 149.93 | 149.93 * | FHA MI | 1,492.58 | (4,823.78) |
| May 2023 | 619.52 | | 149.93 | 149.93 * | FHA MI | 1,962.17 | (4,973.71) |
| Jun 2023 | 619.52 | | 149.93 | 146.14 * | FHA MI | 2,431.76 | (5,119.85) |
| Jul 2023 | 619.52 | 1,301.93 | 149.93 | 146.14 * | FHA MI | 2,901.35 | (3,964.06) |
| Aug 2023 | 619.52 | | 149.93 | 146.14 * | FHA MI | 3,370.94 | (4,110.20) |
| Sep 2023 | 619.52 | | 2,155.06 | 2,264.68 * | County Coll/Other Ta | 1,835.40 | (6,374.88) |
| Sep 2023 | | | 149.93 | 146.14 * | FHA MI | 1,685.47 | (6,521.02) |
| Oct 2023 | 619.52 | | 149.93 | 146.14 * | FHA MI | 2,155.06 | (6,667.16) |
| Nov 2023 | 619.52 | | 149.93 | 146.14 * | FHA MI | 2,624.65 | (6,813.30) |
| Nov 2023 | | | | 2,264.68 * | County Coll/Other Ta | 2,624.65 | (9,077.98) |
| Dec 2023 | 619.52 | | 2,155.05 | | * County Coll/Other Ta | 1,089.12 | (9,077.98) |
| Dec 2023 | | | 149.93 | 146.14 * | FHA MI | 939.19 | (9,224.12) |
| Jan 2024 | 619.52 | | 149.93 | 146.14 * | FHA MI | 1,408.78 | (9,370.26) |
| Feb 2024 | 619.52 | | 149.93 | | * FHA MI | 1,878.37 | (9,370.26) |
| | | | | | Anticipated Transactions | 1,878.37 | (9,370.26) |
| Feb 2024 | | 9,178.11 P | | 146.14 | FHA MI | | (338.29) |
| | $6,814.72 | $11,765.82 | $7,284.34 | $7,580.48 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.
P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Shellpoint Mortgage Servicing
For Inquiries: (800) 365-7107

Analysis Date:  January 08, 2024
Loan:

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

THIS NOTICE IS BEING PROVIDED PURSUANT TO THE REAL ESTATE SETTLEMENT PROCEDURES ACT AND REGULATION X TO THE EXTENT THE LOAN DESCRIBED BELOW IS INCLUDED IN AN ACTIVE BANKRUPTCY CASE OR IS SUBJECT TO A BANKRUPTCY DISCHARGE, THIS NOTICE IS BEING PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND IS NOT A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT THE DEBT FROM YOU PERSONALLY

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account
Your unpaid pre-petition escrow Amount is $0.00. This amount has been removed from the projected starting balance.

Original Pre-Petition Amouont $0.00, Paid Pre-Petition Amount $0.00, Remaining Pre-Petition Amount $0.00.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | (338.29) | 1,988.49 |
| Mar 2024 | 643.25 | 146.14 | FHA MI | 158.82 | 2,485.60 |
| Apr 2024 | 643.25 | 1,436.00 | Hazard | (633.93) | 1,692.85 |
| Apr 2024 | | 146.14 | FHA MI | (780.07) | 1,546.71 |
| May 2024 | 643.25 | 146.14 | FHA MI | (282.96) | 2,043.82 |
| Jun 2024 | 643.25 | 146.14 | FHA MI | 214.15 | 2,540.93 |
| Jul 2024 | 643.25 | 146.14 | FHA MI | 711.26 | 3,038.04 |
| Aug 2024 | 643.25 | 146.14 | FHA MI | 1,208.37 | 3,535.15 |
| Sep 2024 | 643.25 | 2,264.68 | County Coll/Other Ta | (413.06) | 1,913.72 |
| Sep 2024 | | 146.14 | FHA MI | (559.20) | 1,767.58 |
| Oct 2024 | 643.25 | 146.14 | FHA MI | (62.09) | 2,264.69 |
| Nov 2024 | 643.25 | 146.14 | FHA MI | 435.02 | 2,761.80 |
| Dec 2024 | 643.25 | 2,264.68 | County Coll/Other Ta | (1,186.41) | 1,140.37 |
| Dec 2024 | | 146.14 | FHA MI | (1,332.55) | 994.23 |
| Jan 2025 | 643.25 | 146.14 | FHA MI | (835.44) | 1,491.34 |
| Feb 2025 | 643.25 | 146.14 | FHA MI | (338.33) | 1,988.45 |
| | $7,719.00 | $7,719.04 | | | |

**G – Pending Disbursements prior to the bankruptcy filing date. Pre-petition disbursements.**

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year)

Your ending balance from the last month of the account history (escrow balance anticipated) is (338.29). Your starting
balance (escrow balance required) according to this analysis should be $1,988.49. This means you have a shortage of 2,326.78.
This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's
deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 48 months.
We anticipate the total of your coming year bills to be 7,719.04. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $643.25 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $48.47 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $691.72 |



If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt please be advised that this notice is to advise you of the status of your mortgage loan This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicabl bankruptcy laws or who might be subject to the automatic stay of Section362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against t collateral property, which has not been discharged in your bankruptcy.

**Notice of Error or Information Request Address**

You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loanIf you want to request information about your lo or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Information Request, please write to us at the following address

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC  29603 0826